NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES GAUDINO,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case Nos. 2D17-1583
                                        )                    2D17-1589
MARGARET H. SMITH, et al.,              )
                                        )          CONSOLIDATED
          Appellees.                    )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Sarasota
County; Brian A. Iten and Lon Arend,
Judges.

Steele T. Williams of Steele T. Williams,
P.A., Sarasota, for Appellant.

Jason P. Ramos of Law Offices of Jason
P. Ramos PLLC, Sarasota, for Appellee.


PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and BADALAMENTI, JJ., Concur.